UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY JONES,<br><br>     Plaintiff(s),<br> v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>     Defendant(s). | CASE NO. C25-1744-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND RESPONSIVE PLEADING DATE |

This matter comes before the Court on Defendant I.Q. Data International, Inc.'s unopposed motion for an extension of time to answer or otherwise respond to the Complaint ("Motion"). Having reviewed the Motion, the Court finds good cause to grant the extension of the deadline requested, as follows:

  1. The deadline for Defendant to answer or present other defenses or objections to Plaintiff's Complaint is October 17, 2025.

  Dated this 14th day of October, 2025.

                   Kymberly K. Evanson
                   United States District Judge