1

2

3

4

5

6

7                               UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
                                          AT SEATTLE

8    ASHLEY JONES,                              CASE NO. C25-1744-KKE

9                       Plaintiff(s),           ORDER SETTING DEADLINE TO FILE
          v.                                    DISMISSAL PURSUANT TO
                                                SETTLEMENT
10   I.Q. DATA INTERNATIONAL, INC.,

11                      Defendant(s).

12

13        On November 3, 2025, Plaintiff Ashley Jones filed a Notice of Settlement (Dkt. No. 13)

14   indicating that the parties have reached a settlement and Plaintiff anticipates dismissing Defendant

     within 60 days.  Accordingly, the Court ORDERS that Plaintiff has until **January 2, 2026**, to
15
     dismiss this case pursuant to the parties' settlement.  If the settlement is ultimately not effectuated,
16
     the parties must file a joint status report as set forth in the Court's scheduling order (Dkt. No. 7)
17
     by the same date.
18
          Dated this 15th day of December, 2025.
19

20

21                                              Kymberly K. Evanson
                                                United States District Judge
22

23

24

ORDER SETTING DEADLINE TO FILE DISMISSAL PURSUANT TO SETTLEMENT - 1